No. 570. CUADRADO v. HOFFMAN.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided June 6, 1910. Appeal dismissed for noncompliance with rule 40 of the rules of the Supreme Court. *Messrs. Texidor* and *Cautiño* for petitioner. *Mr. Eugenio Benítez Castaño* for respondent.

No. 562. CINTRÓN ET AL. v. EL BANCO TERRITORIAL Y AGRÍCOLA.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided June 13, 1910. Appeal dismissed because the decision from whch it was taken is not appealable. *Messrs. Hartzell* and *Rodríguez Serra* for petitioner. *Mr. Juan de Guzmán Benítez* for respondent.

No. 576. MÉNDEZ v. ECHEVARRÍA.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal. Decided June 30, 1910. Appeal dismissed because appellant failed to present a statement of facts. *Mr. Augusto Reichard* for petitioner. *Mr. Carlos Franco Soto* for respondent.

Nos. 381-382. PUENTE ET AL. v. PUENTE ET AL.—Appeal from the District Court of Ponce. Motion of the appellants to produce as evidence certain original documents and record of proceedings had for the declaration of heirship. Decide June 17, 1910. Motion denied, the court stating in its decision that when the appellant fails in his duty to present a complete and faithful transcript the respondent is not bound to supply his omission; but, for this reason alone, may move for the dismissal of the appeal should something necessary and material to its decision be lacking, and the documents were refused admission because they had been presented too late. *Messrs. Harry P. Leake* and *W. Vincent Robbins* for petitioners. *Messrs. Tord, Toro* and *Canales, Antonio Alvarez Nava* and *Domingo Sepúlveda* for respondent.